1068

THE STATE OF WASHINGTON, *Respondent*, v. SHIRENA CAROLYN LECLAIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00648-2, Charles R. Snyder, J., entered January 17, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ERIC TYRON JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07229-2, Laura C. Inveen, J., entered February 21, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. REYNALDO DELGADO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13920-8, Paris K. Kallas, J., entered February 17, 2006. *Affirmed* by unpublished per curiam opinion.

GEOENGINEERS, INC., *Respondent*, v. WAYNE GOLD ESTATES, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-26332-8, Richard A. Jones, J., entered January 6 and March 10, 2006. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Baker, JJ.